IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LUCY KELLY-BROWN,

    Plaintiff,

v.                                           CASE NO.  4:08cv152-SPM/WCS

THE FLORIDA STATE UNIVERSITY
BOARD OF TRUSTEES, a public
body corporate,

    Defendant.
_____/

## ORDER EXTENDING TIME TO FILE RESPONSE

Upon consideration, Plaintiff's Partially Consented Motion for Enlargement of Time in Which to Serve and File Response in Opposition to Summary Judgment up to and Including January 26, 2009 (doc. 48) is granted.  Plaintiff shall have up to and including January 26, 2009, to serve and file her response.

SO ORDERED this 6th day of January, 2009.

                                                 *s/ Stephan P. Mickle*
                                                 Stephan P. Mickle
                                                 United States District Judge