IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LUCY KELLY-BROWN,

       Plaintiff,

v.                                  CASE NO.  4:08cv152-SPM/WCS

THE FLORIDA STATE UNIVERSITY
BOARD OF TRUSTEES, a public
body corporate,

       Defendant.
_____/

## ORDER EXTENDING TIME AND ACCEPTING RESPONSE

Upon consideration, Plaintiff's Motion for One Hour and Thirty-three

Minute Enlargement of Time in Which to Serve and File Response in Opposition

to Summary Judgment (doc. 60), which Defendant does not oppose (doc. 61), is

granted.  Plaintiff's response (docs. 56-59) is accepted as timely filed.

SO ORDERED this 28th day of January, 2009.

_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge